# Court of Appeals
# of the State of Georgia

ATLANTA,  April 28, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0099.  MINISTER RICH P. SUCCESSFUL v. GWINNETT COUNTY SUPERIOR COURT.**

Upon consideration of the Appellant's Rule 40 (c) petition seeking a writ of mandamus in the above-styled case, it is ordered that the motion is hereby DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/28/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*